(Rev. 12/6/12)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 1 2 2023

TONY R. MOORE, CLERK
BY:_____ Kw
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Vedaste Gashumba | Civil No. 23-cv-0636 |
| Plaintiff | |
| VS. | Judge |
| Weatherford U.S., L.P. | Magistrate Judge |
| Defendant | |

**COMPLAINT**
**UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964**

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

See Exhibit A attached hereto

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices? Yes ☒    No ☐

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges? Yes ☒ No ☐

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: February 13, 2023

D. Have you received from the EEOC a copy of its determination with regard to your charges? Yes ☒    No ☐

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

See Exhibit B attached hereto

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

See Exhibit A attached hereto

Page **1** of **2**

*(Rev. 12/6/12)*

F.  Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: <u>May 12, 2023</u>

<u>(Signature)</u>

<u>**Vedaste Gashumba**</u>
**(Street Address or P.O. Box)**

**216 Elsinore
Circle**

| | | |
|---|---|---|
| **(City)** | **(State)** | **(Zip Code)** |
| **Lafayette** - | **Louisiana 70508** | |
| **(Area Code)** | **(Telephone Number)** | |

<u>(Witness)</u>

<u>(Witness)</u>